# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Patricia A. Young,   Civil No. 15-cv-3207 (SRN/TNL)

      Plaintiff,

v.   **ORDER**

Wells Fargo Bank, *National Association as Trustee for Securitized Asset-Backed Receivables LLC Trust 2005-FR5,*

      Defendant.

---

Patricia A. Young, 302 Zinnia Lane North, Minneapolis, MN 55441 (pro se Plaintiff);

Jared D. Kemper, Dykema Gossett, PLLC, 4000 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 (for Defendant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 10, 2016 [Doc. No. 18], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

2. Young's application to proceed *in forma pauperis* [Doc. No. 3] is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  March 28, 2016   s/Susan Richard Nelson
      SUSAN RICHARD NELSON
      United States District Judge